# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATELLA A. SOLOMON, | |
| Plaintiff, | Case No. 1:20-cv-02624 |
| v. | Honorable Steven C. Seeger |
| NISSAN MOTOR ACCEPTANCE CORPORATION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC, | Honorable Jeffrey T. Gilbert Magistrate Judge |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, NATELLA A. SOLOMON, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, EQUIFAX INFORMATION SERVICES LLC, with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: November 22, 2020

Respectfully submitted,

**NATELLA A. SOLOMON**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com